336 S.W.3d 412 (2011)
Howard MILLER, A.E. Ronconi, Joel Krieger, and Patricia Sampoli on behalf of the Public Shareholders of Alcon, Inc., Appellants,
v.
NOVARTIS AG, Alcon, Inc., Kevin J. Buehler, Cary R. Rayment, Lodewijk J.R. De Vink, Joan Miller, Thomas G. Plasket, Werner Bauer, Paul Bulcke, Francisco Castaner, James Singh, Hermann Wirz, and Nestle SA, Appellees.
No. 05-10-01612-CV.
Court of Appeals of Texas, Dallas.
March 21, 2011.
Jamie J. McKey, Kendall Law Group, LLP, Dallas, TX, for Appellant.
Rod Phelan, Baker & Botts, L.L.P., Karl G. Dial, Fulbright & Jaworski L.L.P., Dallas, TX, James Edward Maloney, Rebeca Aizpuru Huddle, Baker & Botts L.L.P., Houston, TX, Thomas J. Williams, Haynes *413 & Boone, L.L.P., Fort Worth, TX, for Appellee.
Before Justices MORRIS, BRIDGES, and FRANCIS.

OPINION
PER CURIAM.
Before the Court is appellants' motion to dismiss the appeal. Appellants inform the Court that they no longer wish to pursue this appeal.
Accordingly, we grant appellants' motion and dismiss this appeal. See TEX.R.APP. P. 42.1(a)(1).